UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIOMORA NICHOLS,<br><br>                              *Plaintiff*,<br>-against-<br><br>LAWRENCE H. WOODWARD FUNERAL HOME, and UPPER EAST SIDE REHABILITATION CENTER,<br><br>                              *Defendants*. | 1:22-CV-06264 (ALC) (JLC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made on or before **January 16, 2024**.

SO ORDERED.

Dated: November 29, 2023
      New York, New York

                                                                    _____
                                                                    **ANDREW L. CARTER, JR.**
                                                                    **United States District Judge**

1